FILED

FEB 18 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| NORMA LARA, | ) | No. C 13-04614 EJD (PR) |
|---|---|---|
| Petitioner, | ) | ORDER OF TRANSFER |
| v. | ) | |
| WARDEN, | ) | |
| Respondent. | ) | |

Petitioner, a California prisoner at the Malibu Conservation Camp, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254, challenging his state conviction.

Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d). However, Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. See Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993); Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968). The petition indicates that Petitioner was convicted in Los Angeles County which lies within the venue of the Western Division of the Central District of California. See 28 U.S.C. 84(b).

///

Order of Transfer
G:\PRO-SE\EJD\HC.13\04614Lara_transfer.wpd

Accordingly, the above-titled action is hereby TRANSFERRED to the United States District Court for the Western Division of the Central District of California. See 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3.

The Clerk shall transfer this matter and terminate any pending motions.

DATED: 2/18/14

EDWARD J. DAVILA
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

NORMA LARA,

        Petitioner,

v.

WARDEN,

        Respondent.

Case Number: CV13-04614 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on __02/18/14__, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Norma Lara WE4984
Malibu Conservation Camp #13
1250 S. Encinal Canyon Rd.
Malibu, CA 90265

Dated: __02/18/14__

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk